**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**IDA THOMAS**                                                                           **PLAINTIFF**

**v.**                                            **No. 3:26-cv-00049-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                        **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed, and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 30 June 2026.

_____
UNITED STATES MAGISTRATE JUDGE